1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          Case No. 8:24-cr-00030-JWH-1

12            Plaintiff,
                                        **AMENDED ORDER GRANTING**
13        v.                            **DEFENDANT'S MOTION FOR A**
                                        **COURT ORDER COMPELLING**
14   BYROM ZUNIGA SANCHEZ,              **AN EXAMINATION OF**
                                        **DEFENDANT [ECF No. 50]**
15            Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Before the Court is the motion of Defendant Byrom Zuniga Sanchez, by

2  and through his counsel, for a hearing to determine Sanchez's mental

3  competency to stand trial.[1]  The Government has been notified of the Motion

4  and has not filed any opposition.

5    Based upon the Motion and the accompanying declaration from

6  Sanchez's counsel,[2] the Court finds that reasonable cause exists to believe that

7  Sanchez may be suffering from a mental disease or defect that renders Sanchez

8  mentally incompetent to the extent that he is unable to understand the nature

9  and consequences of the proceedings against him or to assist properly in his

10  defense.  Accordingly, the Court concludes that a competency hearing is

11  appropriate.  *See* 18 U.S.C. § 4241(a).  Additionally, in view of the current state

12  of the record, the Court determines that a psychiatric or psychological

13  examination and report should be prepared, received, and considered, consistent

14  with 18 U.S.C. § 4241(b), prior to the commencement of the competency

15  hearing.

16    Therefore, the Court **ORDERS** as follows:

17    1.    Sanchez's instant Motion [ECF No. 50] is **GRANTED**.

18    2.    Sanchez is **COMMITTED** to the custody of the Attorney General

19  for placement in a suitable facility for evaluation by the Bureau of Prisons and for

20  the preparation of a competency report, pursuant to 18 U.S.C. §§ 4241(b),

21  4247(b), & 4247(c).

22    3.    The United States Marshal is hereby **AUTHORIZED** to transport

23  Sanchez to the suitable facility closest to the Court, unless impracticable, for the

24  purpose of performing such examination.

25

26  ---

27  [1]    *See* Mot. for a Court Ord. Compelling an Evaluation (the "<u>Motion</u>") [ECF No. 50].

28  [2]    *See* Decl. of Kenneth Reed [ECF No. 50].

4.      The competency examination shall be completed by a licensed or certified psychiatrist or psychologist within a reasonable period of time, not to exceed 30 days from the date of Sanchez's admission or arrival at the appropriate facility, pursuant to 18 U.S.C. §§ 4241(b), 4247(b), & 4247(c).  The director of the facility at which Sanchez is evaluated may thereafter apply for a reasonable extension not to exceed 15 days.

5.      The examiner is **DIRECTED** to prepare a full report pursuant to 18 U.S.C. § 4247(c), which shall include all of the following:

a.      Sanchez's history and present symptoms;

b.      a description of the psychiatric, psychological, and medical tests that were employed and the results of those tests;

c.      the examiner's findings; and

d.      the examiner's opinion regarding diagnosis, regarding prognosis, and regarding whether Sanchez is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

6.      The Bureau of Prisons is **DIRECTED** to file such report with this Court and to provide that report to counsel for the parties no later than July 18, 2025.

7.      In the event that the Bureau of Prisons is unable to complete such report by July 18, 2025, the parties are **DIRECTED** to file instead a Joint Status Report that advises the Court regarding the status of Sanchez's evaluation.

8.      Pursuant to 18 U.S.C. §§ 4241(c) & 4247(d), a hearing to determine whether Sanchez is mentally competent is **SET** for August 1, 2025, at 2:00 p.m.  Counsel for the parties are **DIRECTED** to appear in person in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California, at that date and time.

9.      All other dates and deadlines in this matter are **VACATED** pending the resolution of Sanchez's mental competency. *See* 18 U.S.C. § 3161(h)(1)(A).

10.     Counsel for the Government is **DIRECTED** forthwith to serve the Bureau of Prisons with a copy of this Order and to file proof of such service no later than July 9, 2025.

**IT IS SO ORDERED.**

Dated:_____July 7, 2025_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

**cc: BOP; USMS**